**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| CHARLES GROSSMAN | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 02-4484 |


**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

**Enter my appearance for the defendant, Commissioner John Timoney, in the above named matter.**


      **NELSON A. DIAZ**
      **CITY SOLICITOR**

      **CARLTON L. JOHNSON**
      **CHIEF DEPUTY CITY SOLICITOR**


**BY:** _____
      **ROBIN B. ARNOLD**
      **DEPUTY CITY SOLICITOR**
      **City of Philadelphia Law Dept.**
      **1515 Arch St., 14th Floor**
      **Philadelphia, PA 19102**