## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES GROSSMAN** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 02-4484** |

### DEMAND FOR JURY TRIAL

**TO THE CLERK OF THE COURT:**

**Defendant, Commissioner John Timoney, hereby demands an 8 person jury trial in the above captioned matter.**

>                     **NELSON A. DIAZ**
>                     **CITY SOLICITOR**
>
>                     **CARLTON L. JOHNSON**
>                     **CHIEF DEPUTY CITY SOLICITOR**
>
>
> **BY:** _____
>                     **ROBIN B. ARNOLD**
>                     **DEPUTY CITY SOLICITOR**
>                     **City of Philadelphia Law Dept.**
>                     **1515 Arch St., 14th Floor**
>                     **Philadelphia, PA 19102**