IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES GROSSMAN** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | **NO. 02-4484** |

### OFFER OF JUDGMENT

TO: Alan Denenberg, Esquire
ABRAMSON & DENEBERG, P.C.
1200 Walnut St., 6th Floor
Philadelphia, PA 19107

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow Judgment to be taken against them and in favor of Plaintiff, for all claims for damages, costs, attorneys' fees and interest accrued to date, in the amount of Two Thousand ($2,000) dollars.

    This Offer of Judgment is made solely for the purposes specified in F. R. Civ. P. 68 and is not to be construed either as an admission that Defendants are liable in this action, or that Plaintiff has suffered any damages. Said judgment is to have no effect whatsoever except in settlement of this case. Additionally, this Offer of Judgment is not admissible as evidence in any proceeding, except, if accepted, in a proceeding to determine costs. If this Offer of Judgment is not accepted in writing within ten (10) days, it shall be deemed withdrawn.

    Sincerely,

_____
Robin B. Arnold
Deputy City Solicitor
Attorney I.D. #59477
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5447
(215) 683-5347 (Fax)

Date: 3/9/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES GROSSMAN** | : | CIVIL ACTION |
| | : | |
| **vs.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | NO. 02-4484 |

### CERTIFICATE OF SERVICE

    I, ROBIN B. ARNOLD, hereby certify that on the date below, I served a true and correct copy of Defendants' Rule 68 Offer of Judgment upon counsel listed below by first-class United States Mail, postage prepaid.

Alan Denenberg, Esquire
ABRAMSON & DENEBERG, P.C.
1200 Walnut St., 6th Floor
Philadelphia, PA 19107


                                                        BY**:** _____
                                                              ROBIN B. ARNOLD
                                                               Deputy City Solicitor
                                                               1515 Arch Street, 14thFloor
                                                               Philadelphia, PA  19102

DATE**:** <u>3/9/04</u>