IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **GROSSMAN,** | : | CIVIL ACTION NO.  02-4484 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA et al.,** | : | |
| Defendants. | : | |

<u>**ORDER**</u>

AND NOW, this 19th day of March, 2004, upon consideration of Plaintiff's Motion to Amend the Complaint (Doc. 9) and Plaintiff Counsel's Motion for Leave to Withdraw as Counsel (Doc. 16), it is hereby ORDERED that the Motions are DENIED AS MOOT.[1]

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Parties have entered into a settlement agreement pursuant to Local Rule 41.1(b), thereby mooting all motions.